UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ARMANDO SALINAS, | Case No.: 19cv0744-AJB(RBB) |
|---|---|
| Plaintiff, | **ORDER DENYING MOTION TO APPOINT COUNSEL** |
| v. | **[ECF NO. 22]** |
| W.L. MONTGOMERY, et al., | |
| Defendants. | |

Plaintiff Armando Salinas is a state prisoner proceeding pro se and in forma pauperis, alleging civil rights violations pursuant to 42 U.S.C. § 1983 against Defendant A. Young, formerly known as F. Hodo. On September 22, 2020, the Court received Plaintiff's motion to appoint counsel, which was filed nunc pro tunc to September 18, 2020 [ECF No. 22]. Plaintiff requests that counsel be appointed because he is unable to access the prison law library due to the COVID-19 pandemic and needs counsel's assistance with conducting discovery. (Pl.'s Mot. 1, ECF No. 22.) As explained below, his motion is **DENIED**.

"[T]here is no absolute right to counsel in civil proceedings." Hedges v. Resolution Trust Corp., 32 F.3d 1360, 1363 (9th Cir. 1994) (citation omitted). District courts have discretion, however, pursuant to 28 U.S.C. § 1915(e)(1), to appoint counsel

for indigent civil litigants upon a showing of "exceptional circumstances." See <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991). "A finding of exceptional circumstances requires an evaluation of both 'the likelihood of success on the merits and the ability of the petitioner to articulate his claims *pro se* in light of the complexity of the legal issues involved.' Neither of these factors is dispositive and both must be viewed together before reaching a decision.'" <u>Id.</u> (citations omitted).

Plaintiff has failed to demonstrate the existence of extraordinary circumstances. First, he has not shown a likelihood of success on the merits. Second, the facts alleged in the First Amended Complaint are not complex and Plaintiff has demonstrated an ability to articulate the factual and legal bases of his claim with sufficient clarity. Based on the information currently before the Court, Plaintiff appears to have the competence necessary to pursue his case.

Plaintiff has not sufficiently demonstrated "exceptional circumstances" warranting the appointment of counsel. Accordingly, his motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 29, 2020

Hon. Ruben B. Brooks
United States Magistrate Judge